UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COASTAL DISTRIBUTORS, INC. and | * | CIVIL ACTION |
| MARINE FAB & REPAIR, INC. | * | |
| | * | NO. |
| VERSUS | * | |
| | * | SECTION "     "   MAGISTRATE # |
| DB SWING THOMPSON, her tackle, | * | |
| furniture, apparel, appurtenances, etc. *in rem* | * | JUDGE |
| and OFFSHORE SPECIALTY | * | |
| FABRICATORS, LLC *in personam* | * | MAGISTRATE |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## VERIFIED COMPLAINT

NOW INTO COURT, through undersigned counsel, come complainants, Coastal Distributors, Inc. and Marine Fab & Repair, Inc., and for their Verified Complaint against the DB SWING THOMPSON, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and Offshore Specialty Fabricators, LLC, *in personam*, stating an admiralty and maritime claim within this Honorable Court's admiralty and maritime jurisdiction, in accordance with Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, with respect, allege upon information and belief as follows:

## JURISDICTION AND PARTIES

**I.**

Jurisdiction is proper in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Venue is also proper in this district in accordance with 28 U.S.C. § 1391(b)(2) and (d) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

**II.**

At all material times, plaintiffs, Coastal Distributors, Inc. ("CDI") and Marine Fab & Repair, Inc. ("MRI"), was and now are corporations registered under the laws of the state of Louisiana, and doing business within the state of Louisiana, and within the jurisdiction of this Honorable Court.

**III.**

Upon information and belief, defendant, Offshore Specialty Fabricators, LLC ("OSFI"), was and now is a Louisiana limited liability company organized under the laws of the state of Louisiana doing business within the state of Louisiana, and within the jurisdiction of this Honorable Court and was and is the registered owner of the DB SWING THOMPSON ("Vessel").

**IV.**

At all material times, defendant, the Vessel, IMO Number 7706005, was and still is a 400x120x25 foot crane barge, registered in Vanuatu with a gross tonnage of 11,524 tons. The *in rem* defendant vessel is now, or will during the pendency of this lawsuit, be upon the navigable waters of Louisiana, within this district and within the jurisdiction of this Honorable Court.

**V.**

CDI, MRI and OFSI (as owner and operator of the defendant Vessel) entered into Master Service Agreements dated October 21, 2009, pursuant to which CDI and MRI provided various services and/or personnel for the Vessel.

**VI.**

In accordance with the terms of the Master Service Agreement between CDI and OSFI, CDI invoiced OSFI for the services and personnel provided for the Vessel. CDI invoiced OSFI

as follows, which amount OSFI has failed to pay, in breach of the terms and conditions of the Master Service Agreement:

| Date | Amount |
|---|---|
| 09/04/15 | $1,743.95 |
| 09/11/15 | 161.32 |
| 09/16/15 | 23,606.25 |
| 10/20/15 | 251.46 |
| 10/21/15 | 4,835.02 |
| 10/22/15 | 24.15 |
| 10/22/15 | 1,385.82 |
| 10/26/15 | 341.20 |
| 10/30/15 | 1,084.70 |
| 11/09/15 | 2,364.12 |
| 11/20/15 | 2,205.06 |
| 11/30/15 | 9,075.75 |
| **Total:** | **$47,078.80** |

See invoices Bates labeled CDI-000001 – 000015.

## VII.

In accordance with the terms of the Master Service Agreement between MRI and OSFI, MRI invoiced OSFI for the services and personnel provided for the Vessel.  MRI invoiced OSFI as follows, which amount OSFI has failed to pay, in breach of the terms and conditions of the Master Service Agreement:

| Date | Amount |
|---|---|
| 07/02/15 | 22,910.00 |
| 10/08/15 | 330.00 |
| 11/03/15 | 7,568.75 |
| 11/16/15 | 13,184.42 |
| 11/19/15 | 7,630.42 |
| 11/24/15 | 10,328.06 |
| 11/24/15 | 7,950.00 |
| 11/30/15 | 22,278.34 |
| 12/30/15 | 8,769.20 |
| **Total:** | **$100,949.19** |

See invoices Bates labeled MRI-000001 – 000018.

**VIII.**

CDI and MRI are entitled to maritime liens against the Vessel, and are legally entitled to seize said vessel pursuant to their rights under the general maritime law and admiralty laws of the United States, and have the Vessel sold to satisfy any judgments, which might be rendered in this matter.  CDI and MRI provided services and personnel for the Vessel on the order of the owner or a person authorized by the owner, which services and personnel constitute necessaries under the Federal Maritime Lien Act, 46 U.S.C. § 31342 as defined in 46 U.S.C. § 31301.

**IX.**

OSFI is justly indebted to CDI and MRI for the damages as aforesaid and as to be shown more particularly at trial.

**X.**

Despite numerous amicable demands and upon notice of monies owed by OSFI and/or the Vessel and requests for payment of the aforementioned charges, the debts have not been paid.

**XI.**

CDI and MRI reserve the right to amend any article of this Verified Complaint as facts become better known.

**XII.**

In accordance with applicable Local Admiralty Rules, CDI and MRI agree to hold harmless and indemnify the U.S. Marshal and all of its deputies for any and all liabilities as a result of seizing the aforesaid property.

WHEREFORE, complainants, Coastal Distributors, Inc. and Marine Fab & Repair, Inc., pray:

1. For judgment *in personam* against defendant, Offshore Specialty Fabricators, LLC together with pre-judgment interest, expenses, attorney's fees and costs;

2. For process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be issued by the Court against the DB SWING THOMPSON, her tackle, furniture, apparel, appurtenances, etc., and that all persons having a claim and interest therein be cited to appear herein and answer, under oath, all and singular matters aforesaid, and that the DB SWING THOMPSON be seized, condemned and sold to satisfy all amounts owed to Coastal Distributors, Inc. and Marine Fab & Repair, Inc., as set forth herein;

3. For Judgment *in rem*, against the DB SWING THOMPSON in the full amount due as set forth herein, including pre-judgment interest, costs, seizure expenses and all attorney's fees;

4. That any property arrested in this proceeding be sold under the direction of this Court and that the proceeds of the sale be brought into the Court to satisfy all monies owed to Coastal Distributors, Inc. and Marine Fab & Repair, Inc. as set forth herein;

5. That defendants be cited to appear and answer the matters aforesaid; and

6. That this Honorable Court grant plaintiffs such other and further relief which it may deem just and proper.

Respectfully submitted,

*/s/ Christy L. Johnson*
Jonathan A. Tweedy (#31997)
Christy L. Johnson (#32877)
BROWN SIMS
1100 Poydras St., 39th Floor
New Orleans, LA 70163
ATTORNEYS FOR COMPLAINANTS,
COASTAL DISTRIBUTORS, INC.
AND MARINE FAB & REPAIR, INC.