# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.: 149025

Customer No.: OFFSHORE SPE

Bill To: **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

Ship To: **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/04/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 09/03/15 | 88038 | GLENN | 50238 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 15 | 15 | | | PLYWOOD 4' X 8' BC PINE ULX EXTERIOR | 36.64 | 549.60 |
| 200 | 200 | | | TARKETT 12" X 12" CLOUDBURST SPECKLE PATTERN VINYL TILE | 0.77 | 154.00 |
| 1 | 1 | | | LAVATORY WHITE WALL MOUNT BATHROOM SINK | 45.88 | 45.88 |
| 1 | 1 | | | TOILET SEAT KOHLER BREVIA Q2 WHITE PLASTIC ROUND | 24.68 | 24.68 |
| 2 | 2 | | | LAVATORY FAUCET 2 HANDLE 4" CENTER | 23.51 | 47.02 |
| 3 | 3 | | | SHOWERHEAD WHITE 2" 2.5gpm | 3.97 | 11.91 |
| 2 | 2 | | | BOX DRYWALL SCREWS 5lb #8 x 1.625" | 25.84 | 51.68 |
| 6 | 6 | | | 40lb BAG HENRY 565 FLOORPRO SELF LEVELING UNDERLAYMENT | 43.50 | 261.00 |
| 2 | 2 | | | GALLON HENRY 430 PREM TILE ADHESIVE | 15.27 | 30.54 |
| 1 | 1 | | | 1-1/4" PLASTIC P-TRAP ASSEMBLEY | 4.65 | 4.65 |
| 10 | 10 | | | BOX ARMSTRONG WHITE CEILING TILES 10/PK | 47.74 | 477.40 |
| 2 | 2 | | | PACK 3/8" COMPRESSION 20" | 41.15 | 82.30 |

E-MAILED SEP X 8 2015

X_____ Date 9-4-15 Thank You

Print Enos c.f.h._____

1

Delivery Location:_____
Directly To M/V or Rig:_____   To Dispatcher:_____
check                         company name

CDI - 000001

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:  149025

Customer No.:  OFFSHORE SPE

**Bill To:** **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

**Ship To:** **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/04/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 09/03/15 | 88038 | GLENN | 50238 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | S/S FAUCET SUPPLY LINES 8/PK | | |
| 1 | 1 | | | 1-1/2" PVC SEWER DRAIN ADAPTER | 3.29 | 3.29 |
| | | | | Invoice subtotal | | 1743.95 |
| | | | | Invoice total | | 1743.95 |

X_____  Date_____  Thank You

Print_____  2

Delivery Location:_____
Directly To M/V or Rig:_____  To Dispatcher:_____
check     company name

CDI - 000002

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

**Invoice No.:** 149118

Customer No.: OFFSHORE SPE

**Bill To:** **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

**Ship To:** **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/11/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 09/10/15 | 88065 | GLENN | 50298 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | | | 3/4" BRASS BALL VALVE FULL PORT | 8.73 | 34.92 |
| 4 | 4 | | | 1" BRASS BALL VALVE FULL PORT | 15.10 | 60.40 |
| 4 | 4 | | WP100M | M TYPE OILPADS 15X18 100ct BUNDLE 10007    each | 16.50 | 66.00 |
| | | | | Invoice subtotal | | 161.32 |
| | | | | Invoice total | | 161.32 |

E-MAILED SEP 15 2015

X_____  Date 9-14-15  Thank You

Print _Enos Cfitia_____

1

| Delivery Location:_____ |
| Directly To M/V or Rig:_____  To Dispatcher:_____ |
| check          company name |

CDI - 000003

# Coastal Distributors, Inc.

**211 Venture Blvd.**
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

**Invoice No.:** 149172

Customer No.: OFFSHORE SPE

**Bill To:** **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

**Ship To:** **BARGE \*\*SWING THOMPSON\*\***
ordered by: TODD WOOLEY
CONRAD DEEPWATER YARD
AMELIA, LA 70340

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/16/15 | Freight Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 09/03/15 | 88043 | TOMMY | 50231 |

| Quantity Required | Shipped | B.O. | Item Number | Description | | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 245 | 245 | | ANODE48 | LL-48 ZINC ANODE SINGLE STRAP 48lb 24x4.5x2.25 | each | 93.25 | 22846.25 |
| | | | | --- | | | |
| | | | | INBOUND FREIGHT CHARGE | | | |
| | | | | --- | | | |
| | | | | SHIPPED TODAY TO BE IN AMELIA F/ TUESDAY 9/8/15 | | | |

| | | |
|---|---|---|
| Invoice subtotal | | 22846.25 |
| Freight charges | | 760.00 |
| Invoice total | | 23606.25 |

E-MAILED SEP 16 2015

X _Deep shipped_    Date 9/3/15    **Thank You**
Print _Deep to shipyard_

1

| Delivery Location: _____ |
|---|
| Directly To M/V or Rig: _____    To Dispatcher: _____ |
| check      company name |

CDI - 000004

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:    149626

Customer No.:  OFFSHORE SPE

Bill To: **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

Ship To: **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/20/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 10/20/15 | 88221 | GLENN | 50766 |

| Quantity Required | Shipped | B.O. | Item Number | Description | | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 4 | 4 | | #320HS | MOP 32oz COT.SUPREME 320H-S | each | 9.97 | 39.88 |
| 2 | 2 | | MOPBUCKET | MOP BUCKET & WRINGER YEL #226-312 26QT CONTINETAL | each | 57.86 | 115.72 |
| 4 | 4 | | PIA32 | BROOM #32 SPECIAL | each | 7.49 | 29.96 |
| 2 | 2 | | | 36" PUSH BROOM | | 32.95 | 65.90 |
| | | | | Invoice subtotal | | | 251.46 |
| | | | | Invoice total | | | 251.46 |

E-MAILED OCT 2 2 2015

X_____  Date 10-21-15  Thank You

Print Eros C.F.Ls _____    1

Delivery Location:_____
Directly
To M/V or Rig:_____  To Dispatcher:_____
check                    company name

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.: 149635

Customer No.: OFFSHORE SPE

**Bill To:** **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

**Ship To:** **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/21/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 10/20/15 | 88212 | GLENN | 50768 |

| Required | Shipped | B.O. | Item Number | Description | | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 18 | 18 | | BLEACH | BLEACH GAL. | each | 2.55 | 45.90 |
| 3 | 3 | | | 2" X 50' 150psi FUEL HOSE W/ MULCONROY FITTINGS AND A & D CAMLOCKS WITH CERTS | | 377.90 | 1133.70 |
| 3 | 3 | | | 2" X 50' WATER HOSE WITH A&D CAMLOCKS | | 184.31 | 552.93 |
| 7 | 7 | | | 1-1/2" X 50' FIRE HOSE | | 108.09 | 756.63 |
| 7 | 6 | 1 | | 1-1/2" FIRE HOSE NOZZLE 15NST | | 24.15 | 144.90 |
| 12 | 12 | | | SPANNER WRENCH FOR FIRE HOSE | | 22.50 | 270.00 |
| 1 | 1 | | | 1" X 700' CP AIR HOSE | | 798.00 | 798.00 |
| 4 | 4 | | | CASE HD 55 GAL TRASH BAGS BLACK | | 49.36 | 197.44 |
| 18 | 18 | | MRCLEAN | MR. CLEAN 24OZ | each | 3.32 | 59.76 |
| 48 | 48 | | LYSOLSPR | LYSOL SPRAY #633-8032x 19OZ | each | 7.21 | 346.08 |
| 36 | 36 | | LYSOLBOWL | 32OZ LYSOL TOILET BOWL CLEANER | each | 3.98 | 143.28 |
| 24 | 24 | | DAWN38 | 38 OZ DAWN LIQUID 38oz LARGER SIZE | each | 6.54 | 156.96 |
| 48 | 48 | | | BOTTLE SCRUB AND BUBBLES | | 4.78 | 229.44 |

Invoice subtotal 4835.02

Invoice total 4835.02

E-MAILED OCT 2 2 2015

X_____ Date 10-21-15 Thank You

Print Enos cfdu

1

Delivery Location:_____
Directly To M/V or Rig:_____ To Dispatcher:_____
check          company name

CDI - 000006

# Coastal Distributors, Inc.
### 211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:    149664

Customer No.:  OFFSHORE SPE

Bill To:  **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

Ship To:  **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/22/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 10/20/15 | 88212 | GLENN | 50768 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | | 1-1/2" FIRE HOSE NOZZLE 15NST | 24.15 | 24.15 |
| | | | | Invoice subtotal | | 24.15 |
| | | | | Invoice total | | 24.15 |

E-MAILED OCT 2 6 2015



X_____  Date lO-22-15 Thank You

Print Enos cf h_____   1

Delivery Location:___Houma mh__

Directly To M/V or Rig:_____   To Dispatcher:_____
check                            company name

CDI - 000007

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

**Invoice No.:** 149672

Customer No.: OFFSHORE SPE

**Bill To:** **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

**Ship To:** **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 10/22/15 | Our Truck | Origin | Net 30 | | |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 10/22/15 | 88238 | GLENN | 50797 |

| Required | Shipped | B.O. | Item Number | Description | | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 3 | 3 | | PIA910 | DECK BRUSH 910 10 PLASTIC | each | 4.00 | 12.00 |
| 3 | 3 | | PIAM60 | HANDLE M-60 METAL TIP | each | 3.66 | 10.98 |
| 4 | 4 | | FOIL-ROLL | 18" X 500' ALUM FOIL LG ROLL | each | 29.52 | 118.08 |
| 12 | 12 | | | 15" X 20" CUTTING BOARDS 2ea RED-BLUE-YELLOW-BROWN-GREEN AND WHITE | | 24.70 | 296.40 |
| 2 | 2 | | FILM WRAP | CLEAR FILM WRAP 18x2000 | each | 27.35 | 54.70 |
| 2 | 2 | | | BOX QUART ZIPLOCK BAGS | | 5.53 | 11.06 |
| 2 | 2 | | | BOX GALLON ZIPLOCK BAGS | | 4.05 | 8.10 |
| 2 | 2 | | | BOX 2 GAL ZIPLOCK BAGS | | 6.25 | 12.50 |
| 24 | 24 | | WINDEX32 | 32OZ WINDEX SPRAY | each | 6.25 | 150.00 |
| 24 | 24 | | | CAN EASYOFF OVEN CLEANER | | 5.35 | 128.40 |
| 24 | 24 | | 409SPRAY32 | 32OZ 409 SPRAY | each | 4.40 | 105.60 |
| 10 | 10 | | GLOVE-DISPOSA | LATEX DISPOSABLE XL 100bx POWDER FREE | each | 6.50 | 65.00 |
| 12 | 12 | | | CAN STAINLESS STEEL SPRAY CLEANER | | 8.86 | 106.32 |
| 2 | 2 | | TIDE36 | TIDE 36# LARGE DETERGENT | each | 103.20 | 206.40 |
| 10 | 0 | 10 | | SLOAN FLUSHOMETER REPAIR KIT #A1102A | | 34.12 | 0.00 |
| 4 | 4 | | DOODLEPAD-BR | DOODLE PADS -BROWN each | each | 1.99 | 7.96 |
| 4 | 4 | | DOODLE-HOLDEI | 3M DOODLE PAD HOLDER | each | 19.42 | 77.68 |

*E-MAILED OCT 26 2015*

X _____  Date 10-23-15  Thank You

Print Enos cf Aten

1

Delivery Location: Houma MH
Directly To M/V or Rig: _____
To Dispatcher: _____
check          company name

CDI - 000008

# Coastal Distributors, Inc.

## 211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:     149672

Customer No.:  OFFSHORE SPE

Bill To:  **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

Ship To:  **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/22/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 10/22/15 | 88238 | GLENN | 50797 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | | PIAM60 | HANDLE M-60 METAL TIP          each | 3.66 | 14.64 |

Invoice subtotal          1385.82

Invoice total          1385.82

X_____  Date_____     Thank You

Print_____          2

Delivery Location:_____
Directly
To M/V or Rig:_____  To Dispatcher:_____
           check          company name

CDI - 000009

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:    149693

Customer No.:  OFFSHORE SPE

Bill To:  **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

Ship To:  **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 10/26/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|------------|----------------------|--------------|------------------|
| 10/22/15 | 88238 | GLENN | 50797 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|-------------------|---------|------|-------------|-------------|------------|--------|
| 10 | 10 | | | SLOAN FLUSHOMETER REPAIR KIT #A1102A | 34.12 | 341.20 |
| | | | | Invoice subtotal | | 341.20 |
| | | | | Invoice total | | 341.20 |

E-MAILED OCT 2 7 2015

X_____  Date 10-26-15  Thank You

Print _Enos cf.L_____    1

Delivery Location: _Houma MH_

Directly To M/V or Rig:_____  To Dispatcher:_____

check                    company name

CDI - 000010

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:     149758

Customer No.:  OFFSHORE SPE

Bill To: **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

Ship To: **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/30/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 10/13/15 | 88192 | GLENN | 50675 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | | | GAL INTERNATIONAL INTERZINC 22 GAL KIT | 108.47 | 1084.70 |
| | | | | Invoice subtotal | | 1084.70 |
| | | | | Invoice total | | 1084.70 |

E-MAILED NOV X 2 2015

X_____  Date 10-30-15  Thank You

Print Enos cfitus _____  1

| Delivery Location:_____ |
|---|
| Directly  To M/V or Rig:_____ To Dispatcher:_____ |
| check                company name |

CDI - 000011

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:   149872

Customer No.:  OFFSHORE SPE

**Bill To:** **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

**Ship To:** **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 11/09/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 11/04/15 | 88282 | GLENN | 50944 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 5 | 5 | | | 1" PVC BALL VALVE SCH 80 #3TFF8 (G1039157) | 8.80 | 44.00 |
| 2 | 2 | | | CAN WET AND DRY PVC GLUE 8oz 30891 (G5363687) | 10.71 | 21.42 |
| 6 | 6 | | | 1-1/2" X 13-1/2" LONG VACUUM BREAKER ASSEMBLY #3ERE6 (G2051497) | 33.80 | 202.80 |
| 6 | 6 | | | GATES BX103 V-BELT | 27.82 | 166.92 |
| 4 | 4 | | | DELTA 2 HANDLE FAUCET (G4341766) | 79.10 | 316.40 |
| 6 | 6 | | | VACUUM BREAKER KIT #2XU35 (G0655067) | 4.70 | 28.20 |
| 12 | 12 | | TRASHCOMPAC | 40"X40"X48" TRASH COMPACTOR BAG W/ LIFTING LOOPS 1400lbs | each 12.50 | 150.00 |
| 1 | 1 | | | 3/4" X 100' FUEL HOSE WITH 3/4" MNPT E/E W/CERTS | 245.00 | 245.00 |
| 2 | 2 | | | 3/4" MNPT X 3/4" FNPT SWIVEL COUPLING | 4.98 | 9.96 |
| 2 | 2 | | DW28402N | DEWALT 4.5" SM GRINDER W/PADDLE   D28402N | each 102.35 | 204.70 |
| 6 | 6 | | DISC4.5 | GRIND. DISC 4.5x1/4x5/8-11 | each 2.97 | 17.82 |
| 6 | 6 | | BT C1255 (40535) | WIRE WHEEL FLAT 4X5/8 TW. | each 12.75 | 76.50 |
| 2 | 2 | | | GREASE GUN BOOSTER VALVE #1ZTD2 (G0245007) | 180.26 | 360.52 |
| 6 | 6 | | 1500CP200 | PAINT BRUSH 2" CHIP | each 0.58 | 3.48 |

E-MAILED NOV 11 2015

X_____ Date 11-10-15  Thank You

Print Enos cfLh_____

1

Delivery Location:_____
Directly To M/V or Rig:_____ To Dispatcher:_____
check          company name

CDI - 000012

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:    149872

Customer No.:  OFFSHORE SPE

Bill To:  **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA  70361

Ship To:  **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 11/09/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 11/04/15 | 88282 | GLENN | 50944 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 6 | 6 | | 1500CP300 | PAINT BRUSH 3" CHIP | each | 1.02 | 6.12 |
| 6 | 6 | | 1500CP400 | PAINT BRUSH 4" CHIP | each | 1.76 | 10.56 |
| 6 | 6 | | RF2009 | PAINT ROLLER FRAME 9 RF200 | each | 1.86 | 11.16 |
| 6 | 6 | | RR9389 | PAINT ROLL COV 9" 3/8"NAP | each | 1.66 | 9.96 |
| 2 | 2 | | | 1/4" X 100' GREASE HOSE WITH 1/4" JIC FITTING E/E | | 182.78 | 365.56 |
| 12 | 12 | | | PAIR SENSILITE WORK GLOVES D1465 LG. (G0050504) | | 4.46 | 53.52 |
| 12 | 12 | | | PAIR SENSILITE WORK GLOVES D1465 XL | | 4.96 | 59.52 |
| | | | | Invoice subtotal | | | 2364.12 |
| | | | | Invoice total | | | 2364.12 |

X_____  Date _____  Thank You

Print_____                    2

Delivery Location:_____
Directly To M/V or Rig:_____  To Dispatcher:_____
check                    company name

CDI - 000013

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.: 150014

Customer No.: OFFSHORE SPE

Bill To: **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

Ship To: **OFFSHORE SPECIALTY FAB, INC**
ORDERED BY TODD
D B SWING THOMPSON
GULF ACCESS ROAD

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 11/20/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|------------|----------------------|--------------|------------------|
| 11/19/15 | 88341 | GLENN | 51112 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | | Unit Price | Amount |
|-------------------|------------------|------|-------------|-------------|---|------------|--------|
| 5 | 5 | | WP100M | M TYPE OILPADS 15X18 100ct BUNDLE 10007 | each | 16.50 | 82.50 |
| 4 | 4 | | | KEG SHELL GADUS S2 V220-2 EP-2 GREASE | | 331.49 | 1325.96 |
| 1 | 1 | | | 55 GAL DRUM SHELL ROTELLA T 15/40 MOTOR OIL | | 769.35 | 769.35 |
| 1 | 1 | | | RED BRAVO FLAG | | 27.25 | 27.25 |
| | | | | Invoice subtotal | | | 2205.06 |
| | | | | Invoice total | | | 2205.06 |

E-MAILED NOV 2 3 2015

X_____ Date 11-20-15 Thank You

Print Enos CEL _____ 1

Delivery Location:_____
Directly To M/V or Rig:_____ To Dispatcher:_____
check     company name

CDI - 000014

# Coastal Distributors, Inc.

211 Venture Blvd.
Houma, Louisiana 70360
(985) 851-6774
Fax (985) 868-4346
AR@coastaldistributors.com

# Invoice

Invoice No.:    150095

Customer No.:  OFFSHORE SPE

Bill To: **OFFSHORE SPECIALTY FAB, INC**
ATT: ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
Houma, LA 70361

Ship To: **DB SWING THOMPSON**
ordered by: MIKE SUMMERS

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 11/30/15 | Our Truck | Origin | Net 30 |

| Order Date | Purchase Order Number | Sales Person | Our Order Number |
|---|---|---|---|
| 11/24/15 | 88359 | TOMMY | 51154 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 12 | 12 | | | HONEYWELL DAMPER 120V ACTUATORS DELIVERED TO THE VESSEL | 225.00 | 2700.00 |
| 1 | 1 | | | SUPPLY & INSTALL 1 EACH 19"x15" & 14"x10" FRESH AIR FIRE DAMPER IN AC CLOSET | 6375.75 | 6375.75 |
| | | | | --- ALL ELECTRICAL WORK IS OSFI RESPONSIBILITY | | |

Invoice subtotal          9075.75

Invoice total          9075.75

E-MAILED DEC X 3 2015

X_____  Date _____  Thank You

Print_____          1

Delivery Location:_____
Directly                  To
To M/V or Rig:_____ Dispatcher:_____
check                          company name

CDI - 000015