# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

**213 Venture Blvd.**
**Houma, LA 70360**
**Shop: 985-851-4638**
**AR: 985-879-3616**

# INVOICE

Invoice No.:   25311
Date:   07/02/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 87796
Ordered by: TODD  KEITH
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| | 5/26/15  LABOR AND MATERIAL TO START WORKING IN THE RAIN.  GOT RAINED OUT SEE TIME SHEET # 24072 ATTACHED. | | | |
| W/F | 5 WELDERS 1 HR EA | 5.000 | 65.00 | 325.00 |
| RIGGERS | 2 RIGGERS 1 HRS EA | 2.000 | 45.00 | 90.00 |
| | 5/27/15  LABOR AND MATERIAL TO CONTINUE WELDING OVERHEAD IN STB BOW WENCH ROOM.  CONTINUED WELDING FLAT AND HANDRAILS ON STB SIDE.  CONTINUED CLEANING UP IN STB WENCH ROOM AS DIRECTED.  SEE TIME SHEET # 24073 ATTACHED | | | |
| W/F | 5 WELDERS 1-8 HRS 3-5 HRS 1-1 HR EACH | 24.000 | 65.00 | 1560.00 |
| RIGGERS | 2 RIGGERS 1-5 HRS 1- 8 HRS EA | 13.000 | 45.00 | 585.00 |
| | 5/28/15  LABOR AND MATERIAL TO CONTINUE WELDING OVERHEAD IN STB WENCH ROOM.  WELD LAST MAN HOLE.  INSTALLED AND GAUGE MORE PLATE ON STB SIDE AS DIRECTED.  SEE TIME SHEET # 24074 ATTACHED.  SEE TIME SHEET # 24074 ATTACHED. | | | |
| W/F | 5  WELDERS 4-8 HRS 1- 6 HRS EA | 38.000 | 65.00 | 2470.00 |
| RIGGERS | 2 RIGGERS 8 HRS EA | 16.000 | 45.00 | 720.00 |
| | 5/29/15  LABOR AND MATERIAL TO CONTINUE WELDING OVERHEAD IN STB WENCH ROOM.  CONTINUED GAUGING AND WELDING FLAT ON STB SIDE. INSTALLED, TRIMMED AND TACKED DOWN LAST OF THE HANDRAILS ON STB SIDE AS DIRECTED.  SEE TIME SHEET # 24075 ATTACHED. | | | |
| W/F | 4 WELDERS 8 HRS EA | 32.000 | 65.00 | 2080.00 |
| RIGGERS | 1 RIGGER 8 HRS | 8.000 | 45.00 | 360.00 |
| | 6/01/15  LABOR AND MATERIAL TO  INSTALL LAST PLATE TO BE INSTALLED (2'X10"X14'X3/4"), TRIMMED AND TACKED INTO PLACE.  INSTALLED TWS AS NEEDED TO WELD OUTSIDE OF TIE UP CLEET.  WELD FLAT ON HANDRAILS AND TIE UP CLEET AS DIRECTED. | | | |

E-MAILED JUL X 6 2015

*ORIGINAL*

1

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

*213 Venture Blvd.*
*Houma, LA 70360*
*Shop: 985-851-4638*
*AR: 985-879-3616*

# INVOICE

Invoice No.:   25311
Date:   07/02/15

To:   OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 87796
Ordered by: TODD  KEITH
Job Location: NORTH YARD
Vessel: SWING THOMPSON

|   | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
|   | SEE TIME SHEET # 24138 ATTACHED. |   |   |   |
| W/F | 5 WELDES 4-8 HRS 1-7.5 HRS EA | 39.500 | 65.00 | 2567.50 |
| RIGGERS | 2 RIGGERS 1-8 RS 1-7.5 HRS EA | 15.500 | 45.00 | 697.50 |
|   | 6/02/15  LABOR AND MATERIAL TO CONTINUE WELDING OVERHEAD IN STB WENCH ROOM.  FINISHED WELDING OUT HANDRAILS AND TIE UP CLEET ON STB SIDE AS DIRECTED.  SEE TIME SHEET # 24139 ATTACHED. |   |   |   |
| W/F | 4 WELDERS 3-8 HRS 1-5 HRS EA | 29.000 | 65.00 | 1885.00 |
| RIGGERS | 2 RIGGERS 8 HRS EA | 16.000 | 45.00 | 720.00 |
|   | 6/03/15  LABOR AND MATERIAL TO CONTINUE WELDING OUT PLATES AS DIRECTED.  SEE TIME SHEET # 24140 ATTACHED.  SEE TIME SHEET # 24140 ATTACHED. |   |   |   |
| W/F | 3 WELDERS 2-8 HRS 1-1 HR EA | 17.000 | 65.00 | 1105.00 |
| RIGGERS | 2 RIGGERS 8 HRS EA | 16.000 | 45.00 | 720.00 |
|   | 6/04/15  LABOR AND MATERIAL TO CONTINUE WELDING OVERHEAD IN STB WENCH ROOM AS DIRECTED.  SEE TIME SHEET # 24141 ATTACHED. |   |   |   |
| W/F | J. TRISTIAN PER HR | 5.500 | 65.00 | 357.50 |
| RIGGERS | M. TILLMAN PER HR | 5.500 | 45.00 | 247.50 |
|   | 6/09/15  LABOR AND MATERIAL CONTINUE WELDING ON OVERHEAD IN STB WENCH ROOM AS DIRECTED. SEE TIME SHEET # 24185 ATTACHED. |   |   |   |
| W/F | J. TRISTAIN PER HR | 8.000 | 65.00 | 520.00 |
| RIGGERS | C. AUCOIN PER HR | 8.000 | 45.00 | 360.00 |
|   | 6/10/15  LABOR AND MATERIAL TO CONTINUE WELDING OVERHEAD IN STB WENCH ROOM AS DIRECTED.  SEE TIME SHEET # 24186 ATTACHED. |   |   |   |
| W/F | J. TRISTAIN PER HR | 8.000 | 65.00 | 520.00 |

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:   25311
Date:  07/02/15

To: OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 87796
Ordered by: TODD  KEITH
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| RIGGERS | C. AUCOIN PER HR | 8.000 | 45.00 | 360.00 |
| | 6/12/15 LABOR AND MATERIAL TO COMPLETE OVERHEAD ON STB SIDE WENCH ROOM AS DIRECTED. SEE TIME SHEET # 24187 ATTACHED. | | | |
| W/F | 2 WELDERS 1-7 HRS 1- 5 HRS EA | 12.000 | 65.00 | 780.00 |
| RIGGERS | C. SCHEXNIDER PER HR | 8.000 | 45.00 | 360.00 |
| | 6/15/15 LABOR AND MATERIAL TO TAKE DOWN TWS. CLEANED UP IN WENCH ROOM. COMPLETED ALL WELDING AS DIRECTED. SEE TIME SHEET # 24188 ATTACHED. | | | |
| W/F | 3 WELDERS 8 HRS EA | 24.000 | 65.00 | 1560.00 |
| RIGGERS | 2 RIGGERS 8 HRS EA | 16.000 | 45.00 | 720.00 |
| | 6/16/15 LABOR AND MATERAIL TO COMPLETE CLEANING UP BARGE AS DIRECTED. SEE TIME SHEET # 24189 ATTACHED. | | | |
| W/F | T. TRAHAN PER HR | 8.000 | 65.00 | 520.00 |
| RIGGERS | 2 RIGGERS 8 HRS EA | 16.000 | 45.00 | 720.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum). 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
|---|---|
| Invoice Subtotal | 22910.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| **Invoice Total** | **22910.00** |

MRI - 000003

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

**213 Venture Blvd.**
**Houma, LA 70360**
**Shop: 985-851-4638**
**AR: 985-879-3616**

# INVOICE

Invoice No.:  25512
Date:  10/08/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 88179
Ordered by: KEITH
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| Description | Quantity | Unit Cost | Charges |
|---|---|---|---|
| 6/29/15 LABOR AND MATERIAL TO SURVEY # 3 CENTER TANK AND FOUND WHAT LOOKS LIKE A LEAK IN THE PORT CENTER OF THE TANK AS DIRECTED.  SEE TIME SHEET # 24190 ATTACHED. | | | |
| W/F   T. TRAHAN PER HR | 3.000 | 65.00 | 195.00 |
| ROUST   B. DUBOIS | 3.000 | 45.00 | 135.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
|---|---|
| Invoice Subtotal | 330.00 |
| Discount | 0.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| **Invoice Total** | **330.00** |

E-MAILED OCT X 9 2015


ORIGINAL

MRI - 000004

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:  25561
Date:  11/03/15

To: OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 100478
Ordered by: MIKE SUMMERS
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| | 10/26/15 LABOR AND MATERIAL TO CUT OFF # 4S VENT AND REPLACED BOTTOM MOUNT TO DECK. REWORKED AND REPAIRED TOP PART OF BOX VENT 2-HOURS DOWN TIME DUE TO RAIN AS DIRECTED. SEE TIME SHEET # 24508 ATTACHED. | | | |
| W/F | 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 10/27/15 LABOR AND MATERIAL TO REPAIR 4P & 5P BOX VENTS. REINSTALLED 4P & 5P BOX VENTS WITH GASKETS ON BOTTOM SECTION. REPAIRED HOLE IN HATCH OF 4 P TANK. CHANGED OUT BAD DECK BOARD ON STB SIDE NEAR LIVING QUARTERS. ALSO REPAIRED BAD SPOT IN DECK IN THE SAME AREA AS DIRECTED. SEE TIME SHEET # 24508 ATTACHED. | | | |
| W/F | 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 1/4"X2" FLAT BAR | 40 | 1.25 | 50.00 |
| | 1/4"X1" FLAT BAR | 40 | 0.75 | 30.00 |
| | SHEET METAL SCREWS | 25 | 0.55 | 13.75 |
| | SINGLE BOLT WATER TIGHT DECK HATCHES FABRICATE AT SHOP | 4 | 325.00 | 1300.00 |
| | 10/28/15 LABOR AND MATERIAL TO INSTALL LAST BOTTOM GASKET ON BOX VENTS. FABRICATE AND INSTALL BRACE BELOW COMPRESSOR ON # 2 AC UNIT. INSTALLED SHEET METAL AS NEEDED ON # 1 & # 2 AC UNITS AS DIRECTED. SEE TIME SHEET # 24509 ATTACHED. | | | |
| W/F | 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 10/29/15 LABOR AND MATERIAL TO COMPLETE ANCHOR WASH DOWN SYSTEMS ON STERN. INSTALLED NEW FIRE MAIN HOSE BOX ON PORT STERN. MODIFIED BOTH FIRE MAINS ON STERN TO TIE INTO ANCHOR WASH DOWN SYSTEM. COMPLETED REPAIRING BOX VENTS IN FRONT ON GANTRY. REPAIRED WATER TIGHT DOOR TO EMERGENCY GENERATOR ROOM AS DIRECTED. S EE TIME SHEET # 24509 ATTACHED. | | | |

E-MAILED NOV X 6 2015

ORIGINAL

1

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd  Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:  25561
Date:  11/03/15

To: **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 100478
Ordered by: MIKE SUMMERS
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| W/F | 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 10/30/15 LABOR AND MATERIAL TO REPAIR DOOR ON STB SIDE OF MECHANICS SHOP.  REPAIRED DOOR TO PUMP ROOM.  REWORKED BOX VENT DOOR AND SPRAYED WD 40 ON HINGES AS DIRECTED.  SEE TIME SHEET # 24509 ATTACHED. | | | |
| W/F | 2 WELDERS 1-10 HRS 1- 5 HRS | 15.000 | 65.00 | 975.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
|---|---|
| **Invoice Subtotal** | **7568.75** |
| Discount | 0.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| **Invoice Total** | **7568.75** |

MRI - 000006

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:  25583
Date:  11/16/15

To:  OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 100519
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

|  | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
|  | 10/12/15  LABOR AND MATERIAL TO MAKE DECK REPAIRS AS DIRECTED.  SEE TIME SHEET # 24150 ATTACHED. |  |  |  |
| W/F | 2 WELDERS 6 HRS EA | 12.000 | 65.00 | 780.00 |
|  | 10/13/15  LABOR AND MATEIRAL TO WORK ON INSTALLING DECK BOARDS AS DIRECTED.  SEE TIME SHEET # 24504 ATTACHED. |  |  |  |
| W/F | 2 WELDERS 5 HRS EA | 10.000 | 65.00 | 650.00 |
|  | 10/19/15, 10/20/15 & 20/21/15 LABOR AND MATERIAL TO INSTALL DECK BOARDS WHERE NEEDED.  DID WALK THROUGH ON BARGE TO SEE WHAT NEEDS TO BE DONE TO GET BARGE READY FOR JOB.  REPAIRED, FABRICATED AND INSTALLED FIRE STATIONS AS DIRECTED.  SEE TIME SHEET # 24506 ATTACHED. |  |  |  |
| W/F | 10/19/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| W/F | 10/20/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| W/F | 10/21/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
|  | 2"X2"X1/4" ANGLE IRON | 20 | 1.88 | 37.60 |
|  | 3"X3"X3/8" ANGLE IRON | 40 | 4.02 | 160.80 |
|  | 1/2"X2" FLAT BAR | 20 | 2.79 | 55.80 |
|  | 3/8"X2" FLAT BAR | 20 | 2.40 | 48.00 |
|  | 1-1/2"X12"X12' DECK BOARDS | 29 | 47.04 | 1364.16 |
|  | 2"X12"X16' DECK BOARDS | 12 | 62.72 | 752.64 |
|  | 2"X12"X12' DECK BOARDS | 13 | 46.40 | 603.20 |
|  | 1/4"X3" FLAT BAR | 20 | 3.25 | 65.00 |
|  | 1/4"X2" FLAT BAR | 20 | 1.05 | 21.00 |
|  | 3-1/2"X1/2" EYE BOLTS | 14 | 62.55 | 875.70 |
|  | 1-1/2" BALL VALVES |  |  |  |

E-MAILED NOV 18 2015

ORIGINAL

1

MRI - 000007

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

**213 Venture Blvd.**
**Houma, LA 70360**
*Shop: 985-851-4638*
*AR: 985-879-3616*

# INVOICE

Invoice No.:  25583
Date:  11/16/15

To:  OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 100519
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| | | 8 | 23.96 | 191.68 |
| | 1-1/2"X6" NIPPLES | 8 | 10.40 | 83.20 |
| | 1/2" ROUND BAR | 20 | 0.50 | 10.00 |
| | 1-1/2" SCH 40 PIPE | 21 | 2.47 | 51.87 |
| | 1-1/2" SCH 80 PIPE | 42 | 3.25 | 136.50 |
| | 1" COLLARS | 4 | 3.68 | 14.72 |
| | 1"X12" NIPPLES | 4 | 4.75 | 19.00 |
| | 1-1/2" 90'S | 12 | 5.36 | 64.32 |
| | 1-1/2" BALL VENTS | 1 | 176.44 | 176.44 |
| | 2-1/2" BALL VENT | 1 | 245.87 | 245.87 |
| | 2-1/2" X 6" NIPPLE | 1 | 10.52 | 10.52 |
| | 10/22/15 & 10/23/15 LABOR AND MATERIAL TO MODIFY PORT BOW & STB BOW CABLE AND WASH DOWN SYSTEMS.  FABRICATE AND INSTALL SAFETY HANDRAIL BAR AT FORKLIFT LOADING DOCK BEHIND GALLEY.  FABRICATED AND INSTALL A 1-1/2"  BALL VENT ON BOW.  REPAIRED 2-1/2" BALL VENT ON BOW.  REMOVED VENT FROM STB # 5 TANK.  FABRICATED AND REPLACED VENT BASE.  REPAIRED VENT DOOR AND LOCK DOWN BOLTS AS DIRECTED.  SEE TIME SHEET # 24507 ATTACHED. | | | |
| W/F | 10/22/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| W/F | 10/23/15 3 WELDERS 1-10 HRS 2-5 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 1-1/2"X6" NIPPLES | 4 | 10.40 | 41.60 |
| | 1-1/2"X1" BUSHINGS | 8 | 10.85 | 86.80 |
| | 1-1/2" UNIONS | 4 | 12.64 | 50.56 |
| | 2'X4' STAINLESS STEEL EXPANDED METAL | 1 | 87.44 | 87.44 |

# Marine Fab & Repair, Inc.

*Mailing Address: 211 Venture Blvd    Houma, LA 70360*

*213 Venture Blvd.*
*Houma, LA 70360*
*Shop: 985-851-4638*
*AR: 985-879-3616*

# INVOICE

Invoice No.:   25583
Date:  11/16/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 100519
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| Description | Quantity | Unit Cost | Charges |
|---|---|---|---|
| Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection. | | Invoice Subtotal | 13184.42 |
| | | Discount | 0.00 |
| | | State Tax | 0.00 |
| | | Parish Tax | 0.00 |
| | | Parish Tax | 0.00 |
| | | Freight | 0.00 |
| | | **Invoice Total** | **13184.42** |

3

MRI - 000009

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:   25603
Date:   11/19/15

To:   OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 88340
Ordered by: MIKE S.
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| Description | Quantity | Unit Cost | Charges |
|---|---|---|---|
| LIFE JACKET BOXES | 2 | 594.96 | 1189.92 |
| RUBBER LATCHES | 2 | 32.50 | 65.00 |
| 12" INVERTED BALL CHECK VENTS | 2 | 2000.00 | 4000.00 |
| MATERIALS FOR EMERGENCY ESCAPE HATCHES | | | |
| LOCKING ARMS | 6 | 12.00 | 72.00 |
| OPENING PINS | 2 | 75.00 | 150.00 |
| KEEPER PINS FOR ARMS | 6 | 42.25 | 253.50 |
| LABOR AND MATERIAL TO REFURBISH MUSHROOM VENTS AT MARINE FAB SHOP | | | |
| VENT # 1   CLEAN UP AND FREE UP ALL WORKING PARTS AND GREASE UP ALL MOVING PARTS | 1 | 100.00 | 100.00 |
| VENT # 2 CLEAN ALL WORKING PARTS, REPLACE ALL GASKETS, EXPANDED MEAL GUARDS AND REPAIR HOLES IN THE SIDE OF THE VENT | 1 | 350.00 | 350.00 |
| VENT # 3 REPALCE COMPLETE SIDE OF VENT, GASKETS REPAIR SHUT OFF PLATE, AND REPLACE EXPANDED METAL GUARD AND REPAIR HOLES INSIDE OF SHOOT OF VENT | 1 | 1450.00 | 1450.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.


E-MAILED NOV 20 2015

| | |
|---|---|
| Invoice Subtotal | 7630.42 |
| Discount | 0.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| Invoice Total | 7630.42 |

# ORIGINAL

1

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd  Houma, LA 70360

**213 Venture Blvd.**
**Houma, LA 70360**
*Shop: 985-851-4638*
*AR: 985-879-3616*

# INVOICE

Invoice No.: 25610
Date: 11/24/15

To: OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA 70361

Customer PO: 88358
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| | 11/16/15 LABOR AND MATERIAL TO FABRICATE AND INSTALL 2 FLAPPERS FOR DRY STORAGE COMPARTMENT VENTS. WORKED ON BURNING RUST OFF OF MORE MAN HOLES. REPAIRED BOTH EYEBOLTS ON PORT WENCH ROOM VENT. REPAIRED ONE OF THE VENTS IN FRONT OF ROUND HOUSE. INSTALLED STRONGBACKS ON 3 MORE MAN HOLE COVERS AS DIRECTED. SEE TIME SHEET # 24518 ATTACHED. | | | |
| W/F | 4 WELDERS 10 HRS EA | 40.000 | 65.00 | 2600.00 |
| MECH | 2 MECHANICS 1-4 HRS 1-10 HRS EA | 14.000 | 65.00 | 910.00 |
| | 1/2"X2" SS BOLTS | 20 | 0.71 | 14.20 |
| | 1/2" SS NUTS | 20 | 0.21 | 4.20 |
| | PORTABLE SCAFFOLD RENTAL | 1 | 25.00 | 25.00 |
| | 11/17/15 LABOR AND MATERIAL TO COMPLETE ALL DUCT WORK IN BOW WENCH ROOM. TOOK DOWN SCAFFOLDS AND CLEANED WORK AREA. COMPLETED REPAIRING VENT AS NEEDED. COMPLETED FLAPPER CAPS OFR DRY STORAGE COMPARTMENT BEHIND GALLEY. MODIFIED LOCKING MECHANISM FOR PAINT LOCKER DOOR. ROLLED TORCH HOSES AND WELDING LEADS UP AND CLEANED UP FOR INSPECTION AS DIRECTED. SEE TIME SHEET # 24519 ATTACHED. | | | |
| W/F | 3 WELDERS 10 HRS EA | 30.000 | 65.00 | 1950.00 |
| MECH | 2 MECHANICS 9 HRS EA | 18.000 | 65.00 | 1170.00 |
| | PORTABLE SCAFFOLD RENTAL | 1 | 25.00 | 25.00 |
| | 11/18/15 LABOR AND MATERIAL TO MODIFY PORT STERN FIRE MAINE TO RECIEVE INTERNATION CONNECTION. REPAIRED DOOR FRAME TO MECHANICS SHOP FROM DECK. REPAIRED STEP THERE ALSO ROLLED UP TORCH HOSES NOT NEEDED FOR JOB ANYMORE. PREPARED AREAS IN PREPERATION FOR JOB COMPLETION AS DIRECTED. SEE TIME SHEET # 24520 ATTACHED. | | | |

E-MAILED NOV 25 2015

ORIGINAL

1

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:  25610
Date:  11/24/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 88358
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| W/F | 2 WELDERS 8 HRS EA | 16.000 | 65.00 | 1040.00 |
| | 11/19/15  LABOR AND MATERIAL TO REPAIR GRATING ON BARGE TRASH BIN.  BUILT STND FOR PORT BOW LIFE JACKET BOX.  INSTALLED TURN BUCKELS ON LIFE RAFT # 2 & # 4 STATION.  FRABRICATED AND INSTALLED DOOR LIFT AND DOOR STRONGBACK FOR MECHANICS WATER TIGHT DOOR.  ALSO BUILT UP LOCK DOWN DOG FOR THAT DOOR AS DIRECTED. SEE TIME SHEET # 24520 ATTACHED. | | | |
| W/F | 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 2-1/2" BRASS BALL VENTS | 2 | 244.62 | 489.24 |
| | 2-1/2"X6" NIPPLE | 1 | 26.47 | 26.47 |
| | 6" SS TURN BUCKLES | 5 | 19.65 | 98.25 |
| | 3/16" SS SHACKLES | 10 | 2.57 | 25.70 |
| | 11/20/15  LABOR AND MATERIAL TO INSTALL TURN BUCKELS ON LIFE RAFT RELEASE SYSTEM FOR # 1, # 3, & # 5 LIFE RAFTS.  INSTALLED LIFE JACKET BOX UNDER LIFE RAFT ON PORT BOW.  REPLACED BALL VENT ON PORT AND STB BOW AS DIRECTED.  SEE TIME SHEET # 24521 ATTACHED. | | | |
| W/F | 2 WELDERS 5 HRS EA | 10.000 | 65.00 | 650.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
|---|---|
| **Invoice Subtotal** | 10328.06 |
| Discount | 0.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| **Invoice Total** | **10328.06** |

MRI - 000012

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:   25612
Date:   11/24/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 88360
Ordered by: MIKE S.
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| Description | Quantity | Unit Cost | Charges |
|---|---|---|---|
| LABOR AND MATERIAL TO REMOVE OLD DUCTS IN 2 WECH ROOMS.  FABRICATE NEW DUCTS AT SHOP AND INSTALL IN 2 WENCH ROOMS AS DIRECTED. PLEASE SEE ATTACHED DRAWINGS FOR BREAK DOWN. | 1 | 7950.00 | 7950.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
|---|---|
| Invoice Subtotal | 7950.00 |
| Discount | 0.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| Invoice Total | 7950.00 |


E-MAILED NOV 3 0 2015

**ORIGINAL**

1

MRI - 000013

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.: 25614
Date: 11/30/15

To: **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA 70361**

Customer PO: 88364
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| | 11/09/15 LABOR AND MATERIAL TO COMPLETE DRIP PAN AROUND FUEL VENTS. REPAIRED MORE GRATING AROUND GANTRY. FABRICATED AND INSTALLED BECON HOLDER FOR LIFE RING BECON. FABRICATED AND INSTALLED EMERGENCY TOW LINE PINS FOR STERN TOW LINIES AS DIRECTED. SEE TIME SHEET # 24513 ATTACHED. | | | |
| W/F | 11/09/15 3 WELDERS 1-10 HRS 1-4 HRS 1-6 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 11/10/15 LABOR AND MATERIAL TO FABRICATED AND INSTALLED FORK LIFT RAM ON BOW. REPAIRED DRAIN LINE FOR AIR VOLUME TANK. MODIFIED TOW LINE PIN ON STB BOW AS DIRECTED. SEE TIME SHEET # 24513 ATTAHCED. | | | |
| W/F | 11/10/15 2 WELDERS 6 HRS EA | 12.000 | 65.00 | 780.00 |
| | 1/4"X6" FLAT BAR | 40 | 2.92 | 116.80 |
| | 6'X10'X1/4" PALTE | 1 | 281.81 | 281.81 |
| | 1-1/2" SOCKET WELD 90 | 1 | 13.00 | 13.00 |
| | 11/11/15 LABOR AND MATERIAL TO MODIFY PORT BOW TOW LINE PIN. REMOVED AND CLEANED 3 BIG ROUND VENTS FROM CENTER BOW. CLEANED RUST OFF OF 2 HATCHES ON BOW (1-PORT & 1- STBD). INSTALLED NEW HATCH COVERS THERE ALSO. REPAIRED HINGES ON FIRE EXTINGUSHER BOX ON PAINT LOCKER AS DRIETED. | | | |
| W/F | 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 11/12/15 LABOR AND MATERIAL TO WORK ON DUCT WORK IN STB WENCH ROOM. BURNED RUST OFF OF DECK HATCHES AND LIDS. INSTALED 1-4" BALL VENT ON STB STERN AS DIRECTED. SEE TIME SHEET # 24514 ATTACHED. | | | |
| W/F | 11/12/15 4 WELDERS 4-10 HRS | 40.000 | 65.00 | 2600.00 |
| MECH | 11/12/15 2 MECHANICS 5 HRS EA | 10.000 | 65.00 | 650.00 |
| | 2-1/2" SCH 80 PIPE | 21 | 5.11 | 107.31 |

E-MAILED DEC X 8 2015

**ORIGINAL**

1

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:   25614
Date:   11/30/15

To: **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 88364
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

|  | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
|  | 2-1/2" BALL VENTS | 2 | 230.23 | 460.46 |
|  | 2-1/2" 90 ELBOWS | 6 | 12.97 | 77.82 |
|  | 2-1/2"X6" NIPPLES | 2 | 26.47 | 52.94 |
|  | 4" BALL VENTS | 2 | 448.75 | 897.50 |
|  | SCAFFOLD RENTAL | 1 | 25.00 | 25.00 |
|  | 11/13/15 LABOR AND MATERIAL TO INSTALL 1-4" BALL VALVE ON PORT STERN.  CONTINUED WORKING ON DUCT WORK IN STB STERN WENCH ROOMS.  CHANGED OUT 3 DECK HATCHES (2-PORT AND 1- STB).  CONTINUED BURNING RUST FROM DECK HATCHES AS DIRECTED.  SEE TIME SHEET # 24515 ATTACHED. |  |  |  |
| W/F | 4 WELDERS 10 HRS EA | 40.000 | 65.00 | 2600.00 |
| MECH | 2 MECHANICS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
|  | 100 COUNT # 12X1 BOLTS | 1 | 35.00 | 35.00 |
|  | 1/2"X1-1/4" BOLTS | 48 | 0.45 | 21.60 |
|  | 1/2" NUTS | 48 | 0.15 | 7.20 |
|  | 1"X3/16" RINGS FOR EMERGENCY ESCAPE HATCH | 2 | 47.50 | 95.00 |
|  | 2"X3/16" RINGS FOR EMERGENCY ESCAPE HATCH | 2 | 59.25 | 118.50 |
|  | 4"X6" NIPPLE | 1 | 46.75 | 46.75 |
|  | SCAFFOLD RENTAL | 1 | 25.00 | 25.00 |
|  | 11/14/15  LABOR AND MATERIAL TO COMPLETE DUCT WORK IN STB STERN WENCH ROOM.  REPAIRED EMERGENCY ESCAPE HATCH ON PORT MID SHIP.  CUT OUT BAD 24" HATCH AND INSTALLD NEW HATCH.  CONTINUED BURNING RUST ON HATCHES FOR RIGGERS AS DIRECTED.  SEE TIME SHEET # 24516 ATTACHED. |  |  |  |
| W/F | 11/14/15 4 WELDERS 10 HRS EA | 40.000 | 65.00 | 2600.00 |

MRI - 000015

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

*213 Venture Blvd.*
*Houma, LA 70360*
*Shop: 985-851-4638*
*AR: 985-879-3616*

# INVOICE

Invoice No.:    25614
Date:  11/30/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 88364
Ordered by: MIKE S
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| MECH | 11/14/15 2 MECHAINCS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 1/2"X4" BRASS EYE BOLT AND WING NUT | 6 | 64.25 | 385.50 |
| | 5/8"X5" BRASS EYE BOLT AND WING NUT | 3 | 71.65 | 214.95 |
| | 5/8"X6" BRASS EYE BOLT AND WING NUT | 12 | 76.35 | 916.20 |
| | SCAFFOLD RENTAL | 1 | 25.00 | 25.00 |
| | 11/15/15 LABOR AND MATERIAL TO REPAIR EMERGENCY ESCAPE HATCH ON BOW.  BURNED MORE RUST OUT OF MAN HOLES FOR RUBBERS TO SEAL.  FABRICATED AND INSTALLED 3 NEW 2-1/2" BALL VENTS ON BOW AREA.  WELD SMALL CRACK IN MAN HOLE COVER FRAMES AS NEEDED.  CHANGED OUT 3 BAD EYE BOLTS AND WING NUTS FROM CARGO HATCH IN GANTRY AS DIRECTED.  SEE TIME SHEET # 24517 ATTACHED. | | | |
| W/F | 4 WELDERS 10 HRS EA | 40.000 | 65.00 | 2600.00 |
| MECH | 2 MECHANICS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | SCAFFOLD RENTAL | 1 | 25.00 | 25.00 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
|---|---:|
| **Invoice Subtotal** | **22278.34** |
| Discount | 0.00 |
| State Tax | 0.00 |
| Parish Tax | 0.00 |
| Parish Tax | 0.00 |
| Freight | 0.00 |
| **Invoice Total** | **22278.34** |

3

MRI - 000016

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd    Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:   25656
Date:   12/30/15

To:  OFFSHORE SPECIALTY FAB
ACCOUNTS PAYABLE DEPT
P.O. BOX 1420
HOUMA, LA  70361

Customer PO: 100591
Ordered by: MIKE S.
Job Location: NORTH YARD
Vessel: SWING THOMPSON

| | Description | Quantity | Unit Cost | Charges |
|---|---|---|---|---|
| | 11/02/15 LABOR AND MATERIAL TO REPAIR BALL VENT NEXT TO # 5 STB VENT. FABRICATED AND INSTALLED RAIN GUARDS ON LOUVER FOR # 2 & # 3 GENERATORS. CUT OUT BAD 5" 90 ON RADIATOR FOR # 1 GENERATOR AND INSTALLED NEW SCH 80 90. REPAIRED DOOR FRAME ON PUMP ROOM DOOR AS DIRECTED. SEE TIME SHEET # 24510 ATTACHED. | | | |
| W/F | 11/02/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 11/03/15 LABOR AND MATERIAL TO TAKE DOWN OLD EMERGENCY MUFFLER AND INSTALL NEW MUFFLER. REPAIRED HOLE IN WALL IN MECHANICS SHOP. REPAIRED HANDRAIL ON BACK DECK. REPAIRED DOOR FRAME ON 2 ND FLOOR PORT SIDE OF LIVING QUARTERS. STARTED ON 3 RD LEVEL FLOOR PORT SIDE DOOR FRAMES AS DIRECTED. SEE TIME SHEET # 24510 ATTACHED. | | | |
| W/F | 11/03/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 11/04/15 LABOR AND MATERIAL TO MODIFY STRONGBACK FOR DECK HATCH COVERS. REPAIRED WATER TIGHT DOORS ON 3 RD FLOOR PORT SIDE AS DIRECTED. | | | |
| W/F | 11/04/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 11/05/15 LABOR AND MATERIAL TO CONTINUE MODIFYING STRONGBACKS FOR DECK HATCH COVERS. CONTINUED REPAIRING WATER TIGHT DOORS AND FRAMES ON 3 RD LEVEL. REPAIRED DECK HANDRAILS ON PORT SIDE AS DIRECTED. | | | |
| W/F | 11/05/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 11/06/15 LABOR AND MATERIAL TO COMPLETE WATER TIGHT DOOR AROUND LIVING QUARTERS. CONTINUED WORKING ON DECK HATCH STRONGBACKS AS DIRECTED. SEE TIME SHEET # 24511 ATTACHED. | | | |
| W/F | 11/06/15 2 WELDERS 10 HRS EA | 20.000 | 65.00 | 1300.00 |
| | 1/4"X2" FLAT BARS | 120 | 1.25 | 150.00 |

ORIGINAL

E-MAILED DEC 3 1 2015

1

MRI - 000017

# Marine Fab & Repair, Inc.

Mailing Address: 211 Venture Blvd   Houma, LA 70360

213 Venture Blvd.
Houma, LA 70360
Shop: 985-851-4638
AR: 985-879-3616

# INVOICE

Invoice No.:  25656
Date:  12/30/15

To:  **OFFSHORE SPECIALTY FAB**
**ACCOUNTS PAYABLE DEPT**
**P.O. BOX 1420**
**HOUMA, LA  70361**

Customer PO: 100591
Ordered by: MIKE S.
Job Location: NORTH YARD
Vessel: SWING THOMPSON

|     | Description | Quantity | Unit Cost | Charges |
| --- | --- | --- | --- | --- |
|     | 2"X2"X1/4" ANGLE | 80 | 2.15 | 172.00 |
|     | 11/07/15  LABOR AND MATERIAL TO COMPLETE WATER TIGHT DOOR BEHIND GALLEY AREA.  FABRICATED AND INSTALLED BRACKET & FIRE ESTINGUSHER BEHIND GALLEY AREA.  STARTED REPAIRING GRATING UNDER LIFE JACKET BOXES ON STB MIDSHIP SIDE AS DIRECTED. |  |  |  |
| W/F | 11/07/15 2 WELDERS 9 HRS EA | 18.000 | 65.00 | 1170.00 |
|     | 11/08/15 LABOR AND MATERIAL TO COMPLETE GRATING UNDER LIFE JACKET BOXES ON STB MIDSHIP SIDE.  STARTED REPAIRING FUEL VENT DRIP PAN ON PORT MIDSHIP SIDE AS DIRECTED.  SEE TIME SHEET # 24512 ATTAHCED. |  |  |  |
| W/F | 11/08/15 2 WELDERS 5 HRS EA | 10.000 | 65.00 | 650.00 |
|     | 1/4"X4" FLAT BAR | 20 | 6.36 | 127.20 |

Terms: All accounts due 30 days from the date of invoice. Invoices not paid within 30 days of purchase will be charged 1.5% interest per month (18% per annum), 25% attorney fees due on delinquent accounts if placed in hands of attorney for collection.

| | |
| --- | --- |
| **Invoice Subtotal** | 8769.20 |
| **Discount** | 0.00 |
| **State Tax** | 0.00 |
| **Parish Tax** | 0.00 |
| **Parish Tax** | 0.00 |
| **Freight** | 0.00 |
| **Invoice Total** | **8769.20** |