## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COASTAL DISTRIBUTORS, INC. and** | * | **CIVIL ACTION NO.: 2:16-cv-08744** |
| **MARINE FAB & REPAIR, INC.** | * | |
| | * | |
| **VERSUS** | * | **SECTION "F"** |
| | * | **JUDGE MARTIN FELDMAN** |
| **DB SWING THOMPSON, her tackle,** | * | |
| **furniture, apparel, appurtenances, etc.,** *in* | * | |
| *rem* **and OFFSHORE SPECIALTY** | * | **MAGISTRATE DIV. 3** |
| **FABRICATORS, LLC** *in personam* | * | **MAG. DANIEL KNOWLES, III** |
| | * | |
| **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** | * | |

## NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff-Intervenor Cannata's Supermarket, Inc. d/b/a Affiliated Marine Supply, Inc. ("Affiliated Marine"), and, pursuant to Federal Rule of Civil Procedure 41(a)(1), dismisses without prejudice its Verified Complaint in Intervention (Rec. Doc. 12) against Defendant DB SWING THOMPSON, her tackle, furniture, apparel, appurtenances, etc. *in rem*, and against Defendant Offshore Specialty Fabricators, LLC, *in personam*, upon showing that no adverse party has filed an Answer or Motion for Summary Judgment.

New Orleans, Louisiana, this 14th day of June, 2016.

1

Respectfully Submitted,

/s/ Christopher M. Hannan
CHRISTOPHER M. HANNAN (Bar No. 31765)
EDWARD "HANK" ARNOLD (Bar. No. 18767)
JAMES H. ROUSSEL (Bar No. 1496)
MEGHAN E. CARTER (#35074)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-3951

**ATTORNEYS FOR AFFILIATED MARINE
SUPPLY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the __14th__ day of June, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

/s/ Christopher M. Hannan