UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COASTAL DISTRIBUTORS, INC. and MARINE FAB & REPAIR, INC. | * * | CIVIL ACTION NO. 16-8744 |
| | * | SECTION "F"      MAGISTRATE #3 |
| VERSUS | * | |
| | * | JUDGE MARTIN L.C. FELDMAN |
| DB SWING THOMPSON, her tackle, furniture, apparel, appurtenances, etc. *in rem* and OFFSHORE SPECIALTY FABRICATORS, LLC *in personam* | * * * * * | MAGISTRATE DANIEL E. KNOWLES, III |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Coastal Distributors, Inc. and Marine Fab & Repair, Inc. (collectively "Coastal"). According to Fed. R. Civ. P. 41(a)(1), Coastal dismisses, without prejudice, its Verified Complaint (Rec. Doc. 1) against defendant, DB SWING THOMPSON, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and against defendant, Offshore Specialty Fabricators, LLC, *in personam*, upon showing that no adverse party has filed an answer or motion for summary judgment.

New Orleans, Louisiana this 14th day of June, 2016.

        Respectfully submitted,

        */s/ Christy L. Johnson*
        Jonathan A. Tweedy (#31997)
        Christy L. Johnson (#32877)
        BROWN SIMS
        1100 Poydras St., 39th Floor
        New Orleans, LA 70163
        504.569.1004 / 504.569.9255 (fax)
        ATTORNEYS FOR COMPLAINANTS,
        COASTAL DISTRIBUTORS, INC.
        AND MARINE FAB & REPAIR, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, facsimile, email and/or US Mail, this 14th day of June, 2016.

*/s/ Christy L. Johnson*
