UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COASTAL DISTRIBUTORS, INC. and MARINE FAB & REPAIR, INC. | CIVIL ACTION<br>NO. 2:16-cv-8744 |
| VERSUS | SECTION "F" |
| DB SWING THOMPSON, her tackle, furniture, apparel, appurtenances, etc. *in rem,* and OFFSHORE SPECIALTY FABRICATORS, LLC, *in personam* | JUDGE MARTIN L.C. FELDMAN<br>DIVISION 3<br>MAGISTRATE DANIEL E. KNOWLES |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**R. Scott Jenkins**

who, after being duly sworn, did depose and say that:

1.

He is a partner in the firm of Jones Walker LLP and is one of the attorneys representing plaintiff-intervenor, Conrad Shipyard, L.L.C. in this matter;

2.

He has prepared and read the foregoing Verified Complaint, and it is true and correct to the best of his knowledge, information and belief;

3.

The sources of his said knowledge, information and belief are his personal investigation and information supplied by plaintiff-intervenor, Conrad Shipyard, L.L.C.;

{N3239699.1}

4.

He is authorized to make this Verification as plaintiff-intervenor has no officer within this district at this time.

_____
R. SCOTT JENKINS

SWORN TO AND SUBSCRIBED,

Before Me, Notary, this
10th day of June, 2016.

_____
NOTARY PUBLIC
Print: Hansford P Wogan
Notary I.D./Bar No. 34825
Commission is for Life

Hansford P. Wogan
Notary Public - State of Louisiana
La. Bar No. 34825 - La. Notary No. 133728
My commission expires at death.

{N3239699.1}  2